

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
HOWARD GISSINGER, et al.,

                              Plaintiffs,

           - against -

PAO YUNG,

                              Defendant.
------------------------------------------------------------- X
HOWARD GISSINGER, et al.,

                              Plaintiffs,

           - against -

NEW PAO YUNG ENTERPRISE CO., LTD.,

                              Defendant.
------------------------------------------------------------- X

**ORDER ADOPTING REPORT AND RECOMMENDATION**

CV-04-0534 (BMC) (JO)

CV-04-5406 (BMC) (JO)

**COGAN**, District Judge

No objection to the Report and Recommendation of the Magistrate Judge has been filed. Nonetheless, I have reviewed the submissions on the motion together with Judge Orenstein's Report and Recommendation. I adopt the Report and Recommendation.

**Therefore, the Clerk of the Court is directed to enter judgment as follows:**

Plaintiff Howard Gissinger is awarded $175,000, plaintiff Esther Gissinger is awarded no damages and plaintiffs' application for an award of costs and attorney's fees is denied. Defendants in the two cases are made jointly and severally liable for the amounts awarded.

/s/(BMC)

_____
U.S.D.J.

Dated: Brooklyn, New York
       July 27, 2007